**Mail body: Fwd: JASON VS JUDGE DAVID KNUTSON**

---

---------- Forwarded message ---------
From: **Jason Bethune** <djmoney1974@gmail.com>
Date: Tue, Dec 14, 2021, 12:28 PM
Subject: JASON VS JUDGE DAVID KNUTSON
To: Jason Bethune <djmoney1974@gmail.com>

December 14,2021
Jason Lavet Bethune
JASONLAVETBETHUNEINC.
YOURMAJESTYJAYMONEYMACKBEY
UCC 1-308

RECEIVED

DEC 1 4 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

21-cv-2674 WMW/TNL

Jason L Bethune vs David Knutson
Matthew Schmidt
Scott Baker
Ted Knutson
Dakota County Court ALL

Dakota District Court
1560 Hwy 55 Hastings, MN
55033

On Wednesday, December 8, 2021 Jason Bethune notified Court officer David Knutson that he was unhappy with an appointed public defender Matthew Schmidt. Mr. Schmidt is currently working on a murder case and did not have the time to meet Mr. Bethune or discuss the case in any way.

Mr. Bethune voiced his concerns to Mr. Schmidt and his supervisor Scott Baker Mr. Schmidt refused to recuse himself or to ask to have the case reassigned the case to another attorney.

David Knutson was also made aware of Mr. Bethune's concerns of ineffective counsel and decided to force Mr. Bethune to use Matthew Schmidt or represent himself. With no consideration for Jason Lavet Bethune's RIGHTS or Disabilities.

This we believe is a blatant disregard for A.D.A Act, U.S.A Constitution, Civil Rights Act, Minnesota Constitution, and basic Human Rights, defendants Right to counsel and the guaranteed right of Due process.

Officers of the Court seemed less interested in the law and more interested in a quick Guilty Plee and the Fines they collect.

Also, let this record reflect these Officers who perpetrated these criminal actions on Video and Emails knowing that it would leave Jason Bethune damaged and at a disadvantage and with full malice for Jason Lavet Bethune and the Laws of the land. Racist entities have been operating in the Minnesota government with Impunity for years with no Remedy provided for the Public.

One of these cases has been scheduled for a jury trial on February 28, 2022. Also for the record, Mr. Schmidt refused to turn over discovery which includes video footage of officers Assaulting Mr. Bethune and various criminal activities. Which is seen as a lack of due process also. These actions are meant to protect the Police while not upholding the basic rights of the private individual that are supposed to be GUARANTEED.

We ask the Court to assign Jason Bethune Counsel in ALL cases due to his Disability.

Charges:
    4 th amendment violations
    14 th amendment violations
    ADA Act violations
    Civil Rights Act violations

SCANNED

DEC 1 4 2021

U.S. DISTRICT COURT ST. PAUL

Assault of Disabled Person
Ongoing Criminal Conspiracy
Violation of Constitutional Oath (TREASON)
Hate Crime
13 th Amendment Violations
1 st Amendment Violations

Damages: $ 222,000,000.00 usd
    UCC   1-308

Jason Lavet Bethune
6725 Ashwood Rd
Unit 307
Woodbury, mn
( 55125 )